IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No. 24-13378-D

Kanayo Derhem, et al,

    *Appellants*,

v.

Bay House Miami Condominium Association, et al,

    *Appellees*.

_____

# APPELLANT, MS. KANAYO DERHEM'S, NOTICE OF CONSTITUTIONAL QUESTION REGARDING FEDERAL STATUTE 28 USC 1443, TITLE VII (*BOSTOCK V. CLAYTON COUNTY*) AND THE 14TH AMENDMENT TO THE US CONSTITUTION

# CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, Appellant, Ms. Kanayo Derhem submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. Berman, Kimberly, Esq.

2. Berrick, Kenneth Paul

3. Blanch, Roberto

4. Boyd Richards Parker & Colonnelli, P.L.

5. Brayshaw, Sebastian

6. Brown, Michael

2

7. Brumsted, Charles Jr.

8. Carrera, Alex

9. Castro Valdes, Maryvel de

10. Department of Business & Professional Regulation

11. Desimone, Mike

12. Derhem, Kanayo

13. Erdman, Mark, Esq.

14. Ferreira, Jonathan

15. Greenstone Kammet, Evelyn, Esq.

16. Hanrahan, Jean Anne

17. Bay House Miami Condominium Association

18. Jacklin, Keith

19. Koosej, Mojtaba

20. Kostrezewski, William

21. KW Property Management LLC

22. Leveille, William Thomas. Esq.

23. Liebegott, Jeannie A., Esq.

24. Loureiro, Marcos

25. Marshall, Dennehey, Coleman & Goggin, P.C.

26. Miami Police Department

27. Muller, Marlin

28. Now CFO

29. Onyekwuluje, Dr. Anne

30. Pando, Paula

31. Paul, Joshua

32. Perez, Elizabeth

33. Pinkert, James

34. Rambharat, Kavir

35. Ramirez, Sebastian

36. Rehr, Michael

37. Siegfried Rivera

38. Salcines, Jacqueline, Esq.

39. Salcines Law

40. Schindler, Roger

41. Shankman, Craig J., Esq.

42. Sosa-Bruzon, The Hon. Eleane

43. Solnick, Peter, Esq.

44. Solnick Law

45. Strang, Jodi

46. The Florida Bar

47. Thypin-Bermeo, Sam

48. Torres, Hon. Edwin

49. Utrera-Badeness, Alejandro Enrique

50. Vernis & Bowling of Miami, P.A.

51. Vidal, Jose

52. Vogel, Joelle J., Esq.

53. Weiss, Jillian

54. Elaine D. Walter, Esq.

55. Williams, David

56. Williams, The Hon. Kathleen

57. Zahniser, Sean

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1, the undersigned certifies that, on information and belief, the previously filed Certificate remains correct. Dated: November 19, 2024

Respectfully Submitted,

*/s/ Ms. Kanayo Derhem /s/*

# **INTRODUCTION**

Plaintiff-Appellant, Ms. Kanayo Derhem, respectfully submits this Notice of Constitutional Question(s) regarding Federal Statute 28 USC 1443, Title VII (Bostock v. Clayton County) and the 14th amendment to the US constitution pursuant to FRCP Rule 5.1.[1]

---

[1] Rule 5.1. Constitutional Challenge to a Statute—Notice, Certification, and Intervention
**(a) Notice by a Party.** A party that files a pleading, written motion, or other paper drawing into question the constitutionality of a federal or state statute must promptly:
**(1)** file a notice of constitutional question stating the question and identifying the paper that raises it, if:
**(A)** a federal statute is questioned and the parties do not include the United States, one of its agencies, or one of its officers or employees in an official capacity; or
**(B)** a state statute is questioned and the parties do not include the state, one of its agencies, or one of its officers or employees in an official capacity; and
**(2)** serve the notice and paper on the Attorney General of the United States if a federal statute is questioned—or on the state attorney general if a state statute is questioned—either by certified or registered mail or by sending it to an electronic address designated by the attorney general for this purpose.
**(b) Certification by the Court.** The court must, under 28 U.S.C. § 2403, certify to the appropriate attorney general that a statute has been questioned.
**(c) Intervention; Final Decision on the Merits.** Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier. Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional.
**(d) No Forfeiture.** A party's failure to file and serve the notice, or the court's failure to certify, does not forfeit a constitutional claim or defense that is otherwise timely asserted.

USCS Fed Rules Civ Proc R 5.1

# CONSTITUTIONAL QUESTIONS

## REGARDING *BOSTOCK V. CLAYTON COUNTY*

1. Did the relevant judicial order(s) violate the anti-discrimination principles established in *Bostock v. Clayton County* by failing to recognize that discrimination based on sexual orientation or gender identity constitutes sex discrimination under Title VII of the Civil Rights Act of 1964 and/ or by failing to consider the (overwhelming) evidence the Plaintiff presented to the Court?
2. Did the relevant judicial order(s) misinterpret *Bostock v. Clayton County* by applying an overly narrow or restrictive definition of sex discrimination?

## REGARDING 28 U.S.C. § 1443

3. Did the relevant judicial order(s) improperly deny the Plaintiff-appellant the right to remove the state case (2024-104001-cc-05) to federal court under 28 U.S.C. § 1443, which provides for the removal of civil actions commenced in State courts for any act under color of

authority derived from any law providing for equal civil rights, or for refusal to give such equal rights?

4. Did the relevant judicial order(s) misinterpret 28 U.S.C. § 1443 by failing to recognize the federal jurisdiction question and jurisdictional questions that arise from claims of discrimination based on sex, sexual orientation, or gender identity?

**REGARDING THE 14TH AMENDMENT**

5. Did the relevant judicial order(s) violate the Equal Protection Clause of the 14th Amendment by treating similarly situated individuals differently based on their sexual orientation or gender identity?

6. Did the relevant judicial order(s) deny the Plaintiff-Appellant due process of the law under the 14th Amendment by failing to provide a fair hearing (an opportunity to be heard) or by applying arbitrary or capricious standards?

**STATEMENT OF LISTING OF DOCUMENTS AS REQUIRED BY F.R.CV.P. RULE 5.1(A)(1)**

Incorporated by reference, as if fully set forth herein, is the entire docket at the matter of *1:20-cv-22318-KMW* and the entire docket regarding the matter of *24-13378.* And, more specifically, please also see:

1) Document 6, *MOTION to transfer case*
2) Document 7, *MOTION to transfer case*
3) Document 10, *MOTION to transfer case*
4) Document 11, *MOTION to transfer case*
5) Document 16, *MOTION to transfer case*
6) Document 27, *MOTION to impose sanctions for damages and costs, to strike [DE 353], to stay lower court proceedings, to request or set oral argument.*

## **CONCLUSION**

WHEREFORE, the undersigned respectfully requests the Court formally certify[2] the constitutional challenge(s) in question to the U.S.

---

[2] "Accordingly, after careful consideration, and pursuant to Title 28, United States Code, Section 2403(a), the Court hereby CERTIFIES to Mr. Garland that the Plaintiffs have raised such constitutional challenges. The Clerk of Court is DIRECTED to immediately transmit the Notice to United States Attorney General Merrick Garland, along with copies of the Complaint (ECF No. 1), by certified mail, return receipt requested, at the address printed below:

Hon. Merrick Garland
Attorney General of the United States of America United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

The Court hereby provides that Mr. Garland is entitled to **sixty (60) days** from the date of this notice to intervene on behalf of the United States in this action. *See* 28 U.S.C. § 2403(a). The Court respectfully requests that Mr. Garland provide notice of his intentions to intervene, if applicable, at the earliest possible convenience.
DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of July, 2021."

NOTICE by Austen Fletcher, Donald J. Trump, Kelly Victory of Constitutional Question (Attachments: # 1 Exhibit Exhibit A-Complaint) (Baldwin, Matthew) (Entered: 07/09/2021). Trump Et Al V. Youtube, Llc Et Al, (US District Court for the Southern District of Florida July 7, 2021, Filed).

Attorney General, Merrick Garland, pursuant to F.R.Cv.P. Rule 5.l, pursuant to 28 USC§ 2403(a) and pursuant to all other relevant rules, and prays for all further relief true and just in the premises.

Respectfully Submitted,

*/s/ Ms. Kanayo Derhem /s/*

11/19/24

# CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2024, an electronic copy of the foregoing was filed with the Clerk for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. I certify that service is likely accomplished via the CM/ECF system. Furthermore, in good faith, the undersigned also sent an email to everyone represented within the service list below:

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding and/ or including the parts of the document exempted by Fed. R. App. P. 32(f): this document contains 1439 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft Office in 14-point Times New Roman font.

Ms. Kanayo Derhem

/s/ Kanayo Derhem /s/

11/19/2024

# SERVICE LIST

| Contact Info |
|---|
| Daniel E. Davis<br>Lalchandani Simon, PL<br>25 SE 2ND AVE STE 1020<br>MIAMI, FL 33131<br>Email: ddavis@lslawpl.com |
| Kanayo Derhem<br>600 NE 27TH ST APT 2605<br>MIAMI, FL 33137<br>Email: kho.derhem@gmail.com |
| Jean Anne Hanrahan<br>Marshall Dennehey Warner Coleman & Goggin, PC<br>2400 E COMMERCIAL BLVD STE 1100<br>FORT LAUDERDALE, FL 33308<br>Email: jaliebegott@mdwcg.com |
| Evelyn Greenstone Kammet<br>Vernis & Bowling of Miami, PA<br>1680 NE 135TH ST<br>MIAMI, FL 33181<br>Email: Egreenstone@florida-law.com |
| William Thomas Leveille II<br>Boyd Richards Parker & Colonnelli, PL<br>100 SE 2ND ST STE 2600<br>MIAMI, FL 33131<br>Email: wleveille@boydlawgroup.com |
| Craig J. Shankman<br>Boyd Richards Parker & Colonnelli, PL<br>100 SE 2ND ST STE 2600<br>MIAMI, FL 33131<br>Email: cshankman@boydlawgroup.com |